IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLIED WORLD INSURANCE COMPANY | : | CIVIL ACTION |
| v. | : | NO. 17-3027 |
| PERDOMO INDUSTRIAL, LLC, *et al* | : | |

## ORDER

**AND NOW,** this 25th day of September 2018, upon considering Plaintiff's unopposed Motion for summary judgment (ECF Doc. No. 36), finding no genuine issues of material fact and for reasons in the accompanying memorandum, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 36) is **GRANTED** and we enter **JUDGMENT** of **$4,010,344.92** in favor of the Allied World Insurance Company and against Defendants Perdomo Industrial, LLC and Orlando Perdomo, Jr.

The Clerk of Court shall **close** this case.

_____
KEARNEY, J.